# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 18-0085V
**Filed: November 29, 2018**
UNPUBLISHED

|  |  |
|---|---|
| ROBERT CRAMER, | Special Processing Unit (SPU); |
| Petitioner, | Ruling on Entitlement; Concession; |
| v. | Table Injury; Influenza (Flu) Vaccine; |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Shoulder Injury Related to Vaccine Administration (SIRVA) |
| Respondent. |  |

*Isaiah Richard Kalinowski, Maglio Christopher & Toale, PA, Washington, DC, for petitioner.*
*Adriana Ruth Teitel, U.S. Department of Justice, Washington, DC, for respondent.*

## RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

On January 17, 2018, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that he suffered a shoulder injury related to vaccine administration ("SIRVA") as a result of an influenza vaccine that was administered on October 31, 2016. Petition at 1-4. The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] The undersigned intends to post this ruling on the United States Court of Federal Claims' website. **This means the ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access. Because this unpublished ruling contains a reasoned explanation for the action in this case, undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

On November 29, 2018, respondent filed his Rule 4(c) report in which he concedes that petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, respondent states, "petitioner's medical course is consistent with a shoulder injury related to vaccine administration ("SIRVA") as defined on the Vaccine Injury Table *Id.* at 5. Respondent agrees that petitioner had no recent history of pain, inflammation, or dysfunction of his left shoulder; pain occurred within 48 hours after receipt of an intramuscular vaccination; pain was limited to the shoulder where the vaccine was administered; and no other condition or abnormality has been identified to explain petitioner's shoulder pain. *Id*. Respondent further agrees that petitioner suffered the residual effects of his condition for more than six months and "has satisfied all legal prerequisites for compensation under the Act." *Id.*

**In view of respondent's position and the evidence of record, the undersigned finds that petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Chief Special Master